956

No. 89–5102.  JOHNSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–5175.  MARCO L. v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–5191.  WILLIAMS v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 89–5304.  SEDILLO v. SULLIVAN, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 89–5348.  STURDIVANT v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 89–5361.  BERTRAM v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5380.  BURRELL v. STOCK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5403.  OBALAJA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–5532.  LAURENCO v. SULLIVAN, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 89–5571.  CHICCO v. RADIO STATION WBSM ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 89–5573.  FLEMING v. MAKEL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–5577.  SCRUGGS v. MOELLERING ET AL.  C. A. 7th Cir. Certiorari denied.

No. 89–5582.  DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash.  Certiorari denied.

No. 89–5583.  HARKRIDER v. SULLIVAN, SHERIFF OF ARAPAHOE COUNTY, COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–5588.  RODRIGUEZ v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.